AO 199A (Rev. 12/11- EDCA [Fresno]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the
## Eastern District of California

FILED

AUG 24 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| KARL J. KEENAN, | ) ) |

Case No. 6:17MJ00071-MJS

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) Unless waived by the Court, the defendant must appear before: U.S. District Court, Yosemite on October 17, 2017 at 10:00 AM before Magistrate Judge Michael J. Seng.

*Place*

(5) Pending further Order of this Court, the defendant shall stay away and not have any contact with alleged victim, Nicky M. Schmidt, either directly or in-directly through mail, any electronic means, phone or via third party.

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 8-24-17

*Defendant's signature*

Date: 8/24/17

*Judicial Officer's Signature*

Magistrate Judge Michael J. Seng
*Printed name and title*