IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:17-mj-00071-MJS |
| Plaintiff, | ) | **ORDER CONTINUING HEARING** |
| vs. | ) | |
| KARL KEENAN, JR., | ) | |
| Defendant. | ) | |

Good cause appearing, the October 17, 2017 hearing for Karl Keenan, Jr., Case No. 6:17-mj-00071-MJS, is continued to December 19, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 14, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE