| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA SBN #122664 |
| | Federal Defender |
| 2 | HOPE ALLEY, CA SBN #314109 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |

Attorney for Defendant
KARL KEENAN, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 6:17-mj-00071-MJS |
|---|---|
| Plaintiff, | ) **MOTION FOR RECONSIDERATION OF** |
| vs. | ) **THE COURT'S ORDER FINDING MR.** |
| | ) **KEENAN INELIGIBLE FOR** |
| KARL KEENAN, JR., | ) **APPOINTMENT OF COUNSEL; ORDER** |
| Defendant. | ) Hon. Michael J. Seng |
| | ) Date: October 17, 2017 |
| | ) Time: 10:00 a.m. |

Mr. Karl Keenan, Jr., by and through his temporary counsel, Assistant Federal Defender Hope Alley, hereby moves for reconsideration of the Court's determination that Mr. Keenan is ineligible for appointment of counsel.

On August 24, 2017, while being detained in the Yosemite holding facility, Mr. Keenan appeared via video before this Court. Given the circumstances of Mr. Keenan's initial appearance, the Office of the Federal Defender was unable to present a full picture of Mr. Keenan's financial obligations in his sworn affidavit. Based on the incomplete affidavit, this Court determined that Mr. Keenan did not qualify for appointment of counsel. Mr. Keenan now respectfully asks the Court to reconsider its initial determination based on the revised financial affidavit attached to this motion.

Pursuant to the Criminal Justice Act, if a defendant is "financially unable to obtain counsel," a United States magistrate judge "shall appoint counsel to represent him." 18 U.S.C.

§ 3006A(b). Here, Mr. Keenan takes home approximately $4200 in wages and income each month. *See* Exhibit A. His monthly expenses total approximately $2434, leaving him with $1766. *Id.* He currently has only $2700 in savings due to his financial obligations. *Id.*

Mr. Keenan has attempted to retain counsel in this case by reaching out to Mark Coleman of the Law Offices of Nuttall & Coleman, however he was quoted $7500 for the retention of Mr. Mark Coleman's legal services. *See* Exhibit B. Given his current financial circumstances, Mr. Keenan is unable to retain Mr. Coleman. He has attempted to contact other attorneys who work in Yosemite (specifically, Carol Moses), but Ms. Moses has not responded to Mr. Keenan's inquiry.

In light of the forgoing, Mr. Keenan respectfully asks this Court to reconsider its initial determination that Mr. Keenan is ineligible for appointment of counsel. Based on the attached financial affidavit, Mr. Keenan asks this Court to appoint the Office of the Federal Defender to represent him in this case.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 12, 2017    /s/ Hope Alley
HOPE ALLEY
Assistant Federal Defender
Attorney for Defendant
KARL KEENAN

## O R D E R DENYING MOTION FOR RECOSIDERATION

The Court's consideration of the new financial affidavit presented by Defendant Keenan in Case No. 6:17-mj-00071-MJS does not justify appointment of the Office of the Federal Defender to represent Defendant Keenan. Instead, it appears that the Defendant's savings and excess of monthly income over monthly expenses would enable Defendant to retain private counsel assuming fees greater than his savings were

paid monthly. Accordingly, Defendant's motion for reconsideration is denied without prejudice.

IT IS SO ORDERED.

Dated: October 15, 2017        /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE