Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 6:17-MJ-0071-JDP |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE TRIAL DATE AND SET TRIAL CONFIRMATION HEARING; AND ORDER THEREON |
| KARL J. KEENAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the legal officer for the National Park Service, and Defendant Karl Keenan, by and through his attorney of record, Mary Ann Bird, that the trial date in the above-captioned matter set for September 10, 2018 be continued to November 7, 2018, and the matter be set for a trial confirmation hearing on September 10, 2018 at 10:00 a.m.

The Ferguson fire in and around Yosemite National Park, and the resulting road closures and evacuations have prevented the Government from having access to the necessary files and information to assure discovery is provided to defense counsel and to begin trial preparation. The parties are in agreement, that the trial date be continued and the related deadlines for discovery and motions in limine be reset as follows: the discovery deadline currently set for August 8, 2018 will be continued to October 2, 2018, the deadline for motion in limine currently set for August 10, 2018 will be continued to October 5, 2018, the deadline for any opposition to a motion in limine currently set for August 24, 2018 will be continued to October 19, 2018, and the deadline

for any reply to a motion in limine currently set for August 31, 2018 will be continued to October 26, 2018.  Further, the parties request the court schedule a trial confirmation hearing on September 10, 2018 at 10:00 a.m.

    Dated:  August 7, 2018              /S/ Susan St. Vincent
                                                         Susan St. Vincent
                                                         Legal Officer
                                                         Yosemite National Park

    Dated:  August 7, 2018              /S/ Mary Ann Bird
                                                          Mary Ann Bird
                                                          Attorney for Defendant
                                                          Karl Keenan

**ORDER**

The court accepts the above stipulation and adopts its terms as the order of this court.

Accordingly, the court orders the following schedule:

| | | |
|---|---|---|
| Trial confirmation hearing | - | September 10, 2018 @ 10:00 a.m. |
| Discovery deadline | - | October 2, 2018 |
| Motion in Limine | - | October 5, 2018 |
| Opposition to Motion in Limine | | October 19, 2018 |
| Reply to Motion in Monie | - | October 26, 2018 |
| Trial | - | November 7, 2018 @ 10:00 a.m. |

IT IS SO ORDERED.

Dated: __August 9, 2018__

_____
UNITED STATES MAGISTRATE JUDGE